ing by the people of the state of New York against Alison G. Eckert.

PER CURIAM. Judgment affirmed.

McLENNAN, P. J., not voting.

---

PEOPLE, Respondent, v. GIANVECCHIO, Appellant. (Supreme Court, Appellate Division, First Department. May 11, 1906.) Proceeding by the people of the state of New York against Gaetano Gianvecchio. R. Maggio, for appellant. A. A. Mayper, for respondent. No opinion. Judgment affirmed. Order filed.

---

PEOPLE v. KOPP. (Supreme Court, Appellate Division, First Department. April 6, 1906.) Proceeding by the people of the state of New York against George Kopp. No opinion. Motion granted. Order filed.

---

PEOPLE v. MERCHANTS' TRUST CO. (PATTERSON, Intervener). (Supreme Court, Appellate Division, Third Department. March 7, 1906.) Proceeding by the people of the state of New York against the Merchants' Trust Company; Charles E. Patterson, intervener. No opinion. Order affirmed, with $10 costs and disbursements.

---

PEOPLE v. REPUBLIC SAVINGS & LOAN ASS'N. In re KILGEN. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Proceeding by the people of the state of New York against the Republic Savings & Loan Association. In the matter of the claim of George J. Kilgen. No opinion. Judgment and order affirmed, with costs to the respondents, receivers of the Republic Savings & Loan Association.

---

PEOPLE, Respondent, v. ROGERS, Appellant. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Proceeding by the people of the state of New York against John Rogers. No opinion. Judgment of conviction, and order denying motion for a new trial, affirmed.

---

PEOPLE, Respondent, v. SCHNEIDER, Appellant. (Supreme Court, Appellate Division, Second Department. March 9, 1906.) Proceeding by the people of the state of New York against John Schneider. No opinion. Judgment of conviction affirmed.

---

PRICE, Respondent, v. INTERURBAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 6, 1906.) Action by Benjamin Price against the Interurban Street Railway Company. B. H. Ames, for appellant. P. Ingraham, for respondent. No opinion. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered, including costs, etc., to the sum of $4,185.98, in which event, judgment, as so modified, and order, affirmed, without costs. Settle order on notice.

---

PRUYN, Respondent, v. GUAYQUIL & Q. RY. CO. et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 2, 1906.) Action by Robert C. Pruyn, as a stockholder of the Guayquil & Quito Railway Company, against the Guayquil & Quito Railway Company and others.

PER CURIAM. Interlocutory judgment affirmed, with costs, with usual leave to defendant to withdraw demurrer and answer upon payment of costs of demurrer and of this appeal.

KELLOGG, J., dissents. PARKER, P. J., not voting.

---

RAISLER HEATING CO., Appellant, v. VERSCHLEISER, Respondent. (Supreme Court, Appellate Term. April 24, 1906.) Appeal from Municipal Court, Borough of Manhattan, Sixth District. Action by the Raisler Heating Company against Max Verschleiser. From a judgment for defendant, plaintiff appeals. Reversed and remanded. W. E. Benjamin, for appellant. Goldfogle, Cohn & Lind, for respondent.

TRUAX, J. On the 1st day of December, 1903, the plaintiff wrote to the defendant: "We understand that you require a new set of grate bars, and, if you desire us to supply same, kindly send us an order by return mail, and we will have them come forward. It would be advisable for you to have a set of these bars on hand at all times. Do you want us to put the rear section in your boiler? If so, kindly send us order, and we will give same prompt attention." On the 5th day of December, 1903, the defendant wrote as follows to the plaintiff: "Install in the boiler at 66 & 68 East Fourth street four new grate bars and also put in rear section. Do this at once and charge the same to my account." It is contended by the defendant that the words, "Do this at once and charge the same to my account," were written after he had signed the order, and that they were not in the original order. An inspection of the paper shows that they were written before the defendant signed the paper and that they were not a forgery, as claimed by the defendant. The claim on the trial was that the plaintiff was to do the work at its own expense. This claim is disproved by the fact that the defendant in writing promised to pay for the work. The judgment appealed from is reversed, and a new trial ordered, with costs to the appellant to abide the event. All concur.

---

RAND, Respondent, v. SAGE, Appellant. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Ezekiel C. M. Rand against Russell Sage. No opinion. Judgment and order unanimously affirmed, with costs.

---

RAYMOND v. SECURITY TRUST, ETC., CO. (Supreme Court, Appellate Division, First Department. April 6, 1906.) Action by Ralph Raymond against the Security Trust, etc., Company. No opinion. Motion denied, without costs. Order filed.

---

RAWITZER et al., Respondents, v. BECKMAN CO., Appellant. (Supreme Court, Appel-

late Division, First Department. May 11, 1906.) Action by Simon Rawitzer and another against the Beckman Company. W. E. Benjamin, for appellant. D. P. Hays, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

---

REDMOND, Appellant, v. HATCH et al., Respondents. (Supreme Court, Appellate Term. April 24, 1906.) Appeal from Municipal Court, Borough of Manhattan. Action by William J. Redmond against Frederick W. Hatch and others. From a judgment for defendants, and an order denying a new trial, plaintiff appeals. Reversed, and new trial ordered, with costs. Thomas C. McDonald, for appellant. Rollins & Rollins, for respondents.

PER CURIAM. The testimony shows that the plaintiff, who was a police officer, while standing at a street crossing regulating traffic on the streets, and in such a position that he could not see the defendant's driver, was knocked down and run over in broad daylight; that the driver of the defendant's horses had ample room to pass plaintiff without striking him; and that there was nothing to obscure the vision of the driver. The driver was not called on the trial. We are of the opinion that the plaintiff showed that he was free from contributory negligence and that the injuries that he received were caused through the negligence of the defendant's driver. Judgment appealed from is reversed, and a new trial ordered, with costs to the appellant to abide the event.

---

REED v. PROVIDENT SAVINGS LIFE ASSUR. SOC. et al. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Theodore F. Reed against the Provident Savings Life Assurance Society and others. No opinion. Judgment affirmed, with costs.

---

REIBSTEIN, Appellant, v. NASSAU ELECTRIC R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 9, 1906.) Action by Morris Reibstein against the Nassau Electric Railroad Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

(112 App. Div. 922)

REILLY, Respondent, v. EMPIRE LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Benjamin J. Reilly against the Empire Life Insurance Company. No opinion. Judgment affirmed, on the authority of Reilly v. Empire Life Ins. Co., 99 App. Div. 535, 90 N. Y. Supp. 866, with costs.

---

In re REINCKE. (Supreme Court, Appellate Division, Second Department. March 9, 1906.) In the matter of the application of Sarah A. Reincke for leave to sue Charles L. Spier and Eugene B. Howell, as receivers of the Staten Island Midland Railroad Company. No opinion. Orders affirmed, with $10 costs and disbursements.

---

REINHEIMER, Appellant, v. HEYMAN, Respondent. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Ferdinand Reinheimer against Henry Heyman. No opinion. Judgment affirmed, with costs.

---

REISER, Respondent, v. METROPOLITAN EXPRESS CO., Appellant. (Supreme Court, Appellate Division, First Department. April 6, 1906.) Action by M. Gustine Reiser against the Metropolitan Express Company. A. K. Wing, for appellant. B. F. Feiner, for respondent.

PER CURIAM. Determination affirmed, with costs. Order filed.

INGRAHAM and CLARKE, JJ., dissent.

---

RENDE, Respondent, v. NEW YORK & T. S. S. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Domenico Rende, administrator, etc., of Giuseppe Rende, deceased, against the New York & Texas Steamship Company.

PER CURIAM. Judgment and order affirmed, with costs.

JENKS, J., dissents.

---

RICKETTS, Respondent, v. RAMSDELL et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Mary J. Ricketts against Henry Powell Ramsdell and others, individually and as executor, etc. No opinion. Order resettled by inserting a recital that the appeal was argued before five justices of this court, and the decision concurred in by four; the remaining justice having, prior to the decision, been appointed a member of the Court of Appeals. See Town of North Hempstead v. Eldridge (decided by this court March 2, 1906), 98 N. Y. Supp. 157.

---

ROBINSON, Respondent, v. NILES, Appellant. (Supreme Court, Appellate Division, First Department. March 9, 1906.) Action by Katherine Robinson against E. Ellsworth Niles. C. De W. Rogers, for appellant. J. A. Douglas, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

ROOSEVELT, Appellant, v. HOLLAND TRUST CO., Respondent. (Supreme Court, Appellate Division, First Department. April 6, 1906.) Action by Robert B. Roosevelt, Jr., against the Holland Trust Company. G. H. Yeaman, for appellant. L. L. Kellogg, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

PEOPLE, Respondent, v. SMALL, Appellant. (Supreme Court, Appellate Division, Third Department. May 2, 1906.) Proceeding by the people of the state of New York against Abraham Small.

PER CURIAM. Judgment of conviction affirmed.

CHESTER and COCHRANE, JJ., dissent.